Mary E. Hyland, as Administratrix, etc., of John M. Hyland, Deceased, Respondent, v. Baker and Shevlin Company, Appellant.— Motion denied.

Alvin Putman, Respondent, v. Daniel S. Graham, Appellant, Impleaded with Charles E. Allfrey, Defendant.— Motion denied.

The People of the State of New York, Appellant, v. George B. Reynolds, Respondent.— Judgment and order affirmed, with costs. All concurred, except Smith, P. J., and Kellogg, J., dissenting.

Albany, Schoharie and Rensselaerville Plank Road Company, Respondent, v. Whitehead Brothers Company, Appellant.— Judgment unanimously affirmed, with costs.

Oscar R. Conklin, Respondent, v. New York, Ontario and Western Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs.

George L. Courtney, Respondent, v. Patrick J. McArdle, Appellant.— Interlocutory judgment affirmed, with costs. All concurred, except Chester, J., not voting; Cochrane, J., not sitting.

Mabel Cole, Respondent, v. John Tozer, Appellant.— Judgment unanimously affirmed, with costs.

Mary Collins, Individually and as Executrix, etc., of Alwin H. Collins, Deceased, Respondent, v. The Ferguson Contracting Company, Appellant, Impleaded with the State of New York.— Judgment unanimously affirmed, with costs.

Luke J. Collins v. Joseph A. Becker.— Motion denied.

Alice M. Dayton, Respondent, v. Theodore Elixman, Appellant, Impleaded with Harvey B. Ball and William M. Mead, as Trustee in Bankruptcy of Harvey Ball.— Interlocutory judgment affirmed, with costs. All concurred, except Cochrane, J., dissenting.

Wilfred Daigneault, Respondent, v. Hudson Valley Railway Company and John Mahoney, Appellants.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates, within twenty days, that the verdict may be reduced to $1,000, in which case the judgment as so modified is affirmed, with costs. All concurred.

Adelbert E. Darrow, Appellant, v. Charles Lee, Respondent.— Judgment and order unanimously affirmed, with costs.

Patrick H. Doherty, Appellant, v. Catskill Cement Company, Respondent.— Judgment and order unanimously affirmed, with costs.

John W. Draffen, Respondent, v. Joseph Walker, Appellant.— Judgment and order unanimously affirmed, with costs.

Erie Railroad Company, Appellant, v. John Williams, as Commissioner of Labor of the State of New York, Respondent.— Judgment affirmed, with costs. All concurred, except Kellogg and Sewell, JJ., dissenting.

Edward Fitzgerald, an Infant, by Miranda Markham, His Guardian ad Litem, Appellant, v. The Union Laundry Company, Respondent.— Judgment unanimously affirmed, with costs.